# Court of Appeals
# of the State of Georgia

ATLANTA,  September 29, 2020

*The Court of Appeals hereby passes the following order:*

**A21E0011. ELIZABETH P. SCHWARTZ v. DENNIS A. SMITH.**

Upon consideration of the applicant's emergency motion to stay all appellate proceedings, the motion is DENIED. The applicant's appeal from the trial court's grant of partial summary judgment has yet to be docketed in this court, and so there are no appellate proceedings currently pending in this court for us to stay. In particular, because the appeal has yet to be docketed in this court, the twenty-day time frame for the applicant to file her appellate brief has not yet started to run. This order does not prevent the applicant from moving to obtain an appropriate extension of time to file her brief once her appeal is docketed.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/29/2020*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

................................................................ *, Clerk.*